**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-30323
Summary Calendar

DAVID GLEN HARRISON,

Plaintiff-Appellant,

VERSUS

WHNO; BELL SOUTH; COX CABLE INTERNATIONAL; GENERAL DYNAMICS;
GENERAL ELECTRIC; IBM; NY STOCK EXCHANGE; New York Stock Exchange;
BRINKER INTERNATIONAL; HOLLYWOOD ENTERTAINMENT CORPORATION; PROCTOR
AND GAMBLE; APPLE SOUTH; SCHWEGMANN'S SUPERMARKET; WORLD BANK CORP;
ERNST & YOUNG; COLUMBIA; TENAT; INTER BUSINESS COMM; GAMBINO CRIME
ORGANIZATION; MARCELLO CRIME ORGANIZATION; MATAEN CRIME
ORGANIZATION; STATE OF LOUISIANA; FEDERAL GOVERNMENT; LOCAL
GOVERNMENT; UNIDENTIFIED PARTIES,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Louisiana
(98-CV-462-K)

Febraury 12, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.